FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 07 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona ▼

Phoenix Division

Melissa Socorro Stewart

)
)
)
)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Bering Straits/Eagle Eye Electric

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.   CV21-00816-PHX-DLR
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☑ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Melissa Socorro Stewart |
| Street Address | 10423 E 38th Place |
| City and County | Yuma, Yuma |
| State and Zip Code | Arizona 85365 |
| Telephone Number | 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 |
| E-mail Address | melissas1020@hotmail.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: Bering Straits/Eagle Eye Electric dba
- Job or Title *(if known)*:
- Street Address: 7301 Calle Agua Salada
- City and County: Yuma, Yuma
- State and Zip Code: Arizona 85364
- Telephone Number: (907) 563-3788
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*: Harrassment

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
2017-2019

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☐ race
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ (only when asserting a claim of age discrimination.)
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

> For a year I was sexually harrassed and reported it. Nothing was done and the harrasser started to retaliate. It made it very hard to work there. I wrote a letter to HR and they talked with me and assured me that it would stop. Yhe relaliation and harrassment did not stop, it got worse. Management treated me different they every one else. My work started to be affected, I was making errors. One day I and another employee left a peice of equipment running. The equipment was fine, but management demoted me and gave me two weeks unpaid leave. During my leave I wrote an email to corp. HR explaining everything that I had gone through. When I returned to work I was fired. The harrassor got promoted and so the other man that left the equipment running with me kept his job and was promoted.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
09/26/2019

B. The Equal Employment Opportunity Commission *(check one)*:

[✔] has not issued a Notice of Right to Sue letter.

[ ] issued a Notice of Right to Sue letter, which I received on *(date)* _____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

[ ] 60 days or more have elapsed.
[ ] less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

57,448 damages annual salary
1,436,200 punitive
   57,448 x 5=287,240
    2 years out of work
    3 years I delt with forms of harrassment
   287,240 x 5 = 1,436,200
    5 different forms of employment acts against me

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-7-2021

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Melissa Stewart

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

EEOC Form 161 (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Melissa S. Stewart<br>9852 W Salter Dr.<br>Peoria, AZ 85382 | From: | Los Angeles District Office<br>255 E. Temple St. 4th Floor<br>Los Angeles, CA 90012 |
|---|---|---|---|

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 540-2019-03409 | Diego E. Rosales,<br>Investigator | (213) 785-3025 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[X]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]    The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Daniel Acosta**    *(Digitally signed by Daniel Acosta, DN: cn=Daniel Acosta, o=Equal Employment Opportunity Commission, ou, email=daniel.acosta@eeoc.gov, c=US Date: 2021.02.08 15:56:15 -06'00')*    for    **2/8/2021**

Enclosures(s)      Rosa M. Viramontes,<br>District Director      *(Date Issued)*

cc:    **Mary Pate<br>General Counsel<br>Bering Straits Native Corporation<br>3301 C Street, Suite 400<br>3301 C St.<br>Anchorage, AK 99503**



| MARK BRNOVICH<br>ATTORNEY GENERAL | OFFICE OF THE ARIZONA ATTORNEY GENERAL<br>CIVIL LITIGATION DIVISION<br>DIVISION OF CIVIL RIGHTS SECTION | REBEKAH BROWDER<br>CHIEF COUNSEL |

## NOTICE OF RIGHT TO SUE

Melissa Stewart     v.     Bering Straits Native Corp dba Eagles Eye Electric LLC

CRD No.:                    EEOC No.: 540-2019-03409C

On September 25, 2019, you filed a charge with the Division of Civil Rights Section alleging employment discrimination. Arizona law provides that you may bring a civil action in Superior Court of the county where the alleged discriminatory action took place. Should you decide to file a civil action, you must do so **within 90 days** of the date you receive this Notice or **within one year** of the date you filed the charge, **whichever comes first**, A.R.S. § 41-1481(D.)

*This Notice of Right to Sue letter is being issued because:*

Charging Party has submitted a written request

If you have any questions concerning this notice, please contact us at (520) 628-6500 or toll free at 1-877-491-5740. If you need legal assistance, you should seek the advice of an attorney.

BY:
_____
Patricia G. Bianchi, Compliance Manager

Sent by regular mail this 3rd day of September, 2020

cc: *Bering Straits Native Corp dba Eagles Eye Electric LLC (Respondent)*

2005 NORTH CENTRAL AVENUE, PHOENIX, AZ 85004  •  602.542.5263
400 WEST CONGRESS, SOUTH BUILDING, SUITE S-315, TUCSON, AZ 85701  •  520.628.6500
WWW.AZAG.GOV

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
255 E. Temple Street, 4th Floor
Los Angeles, CA 90012

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

SANTA ANA CA 926
9 FEB 2021 PM 4 L

FOREVER / USA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
255 E. Temple Street, 4th Floor
Los Angeles, CA 90012

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

SANTA ANA CA 926
9 FEB 2021 PM 7 L

FOREVER / USA

Case 2:21-cv-00816-DLR   Document 1   Filed 05/07/21   Page 9 of 10

| Company: | CITY OF YUMA | Name: | Stewart, Melissa Socorro |
|---|---|---|---|
| Address: | One City Plaza<br>Yuma, AZ 85364 | Employee #: | 9906 |
| Department: | UT-AVWTP UTILITIES/AGUA VIVA WATER TREAT PLANT | Pay Dates: | 04/05/2021 - 04/18/2021 |

| Hours Code | | Hours Worked | Gross | Y.T.D. Gross |
|---|---|---|---|---|
| 011 | Regular Full Time Hourly | 80.0000 | 1814.70 | 8892.03 |
| Cell Phone Reimb | Cell Phone Reimbursement | 0.0000 | 0.00 | 60.00 |
| 401 | Holiday Full Time | 0.0000 | 0.00 | 181.47 |
| | | Gross Pay: | $1,814.70 | $9,133.50 |

| Withholdings and Deductions | | Gross | Amount | Y.T.D. Amount |
|---|---|---|---|---|
| ASRS | *Arizona State Retirement | 1814.70 | 218.49 | 1092.45 |
| AST | Arizona State Tax | 1452.71 | 39.22 | 199.98 |
| FED | Federal Tax Withholding | 1452.71 | 0.00 | 0.00 |
| HDHP MDV Ch | *HDHP Med Dental & Vis Chld(ren) | 0.00 | 143.50 | 574.00 |
| LTD | Long Term Disability | 1814.70 | 3.27 | 16.35 |
| MED | Medicare | 1671.20 | 24.23 | 123.24 |
| SOC | Social Security | 1671.20 | 103.61 | 526.96 |
| | | NetPay: | $1,282.38 | $6,600.52 |
| | | CheckAmount: | 0.00 | |

| Employer Paid Taxes and Benefits | | Gross | Amount | Y.T.D. Amount |
|---|---|---|---|---|
| MED | Medicare | 1671.20 | 24.23 | 123.24 |
| SOC | Social Security | 1671.20 | 103.61 | 526.96 |
| ASRS Emplr | ASRS Employer Portion | 1814.70 | 218.49 | 1092.45 |
| Basic FT | Basic Life Full Time | 0.00 | 0.00 | 4.08 |
| City Paid Child | Plan A City Paid Child Subsidy | 0.00 | 0.00 | 234.00 |
| HDHP HSA City | HDHP HSA City Paid Benefit | 0.00 | 0.00 | 145.00 |
| HDHP MDV Empl | HDHP Med Dental Vision Employee | 0.00 | 0.00 | 577.00 |
| LTD Emplr | LTD Employer Portion | 1814.70 | 3.27 | 16.35 |

| Accrual Hours | Starting Balance | Hours Earned | Hours Taken | Adjustment | Ending Balance |
|---|---|---|---|---|---|
| GEN LEAVE-General Leave | 24.5600 | 6.1400 | 0.0000 | 0.0000 | 30.7000 |
| SICK LEAVE-Sick Leave | 40.0000 | 0.0000 | 0.0000 | 0.0000 | 40.0000 |

| Bank | Transaction Number | Deposit Amount | Y.T.D. Deposit Amount |
|---|---|---|---|
| Wells Fargo AZ | 322773 | 1282.38 | 6600.52 |

**Broadcast Message**



THIS IS NOT A CHECK

**Melissa Socorro Stewart**  04/23/2021   $1,282.38
**10423 E 38th Place**
**Yuma, AZ 85365**

| Company: | CITY OF YUMA | Name: | Stewart, Melissa Socorro |
| --- | --- | --- | --- |
| Address: | One City Plaza<br>Yuma, AZ 85364 | Employee #: | 9906 |
| Department: | UT-AVWTP UTILITIES/AGUA VIVA WATER TREAT PLANT | Pay Dates: | 03/22/2021 - 04/04/2021 |

| Hours Code | | Hours Worked | Gross | Y.T.D. Gross |
| --- | --- | --- | --- | --- |
| 011 | Regular Full Time Hourly | 80.0000 | 1814.70 | 7077.33 |
| Cell Phone Reimb | Cell Phone Reimbursement | 0.0000 | 30.00 | 60.00 |
| 401 | Holiday Full Time | 0.0000 | 0.00 | 181.47 |
| | | Gross Pay: | $1,844.70 | $7,318.80 |
| **Withholdings and Deductions** | | Gross | Amount | Y.T.D. Amount |
| ASRS | *Arizona State Retirement | 1814.70 | 218.49 | 873.96 |
| AST | Arizona State Tax | 1452.71 | 39.22 | 160.76 |
| FED | Federal Tax Withholding | 1452.71 | 0.00 | 0.00 |
| HDHP MDV Ch | *HDHP Med Dental & Vis Chld(ren) | 0.00 | 143.50 | 430.50 |
| LTD | Long Term Disability | 1814.70 | 3.27 | 13.08 |
| MED | Medicare | 1671.20 | 24.23 | 99.01 |
| SOC | Social Security | 1671.20 | 103.61 | 423.35 |
| | | NetPay: | $1,312.38 | $5,318.14 |
| | | CheckAmount: | 0.00 | |
| **Employer Paid Taxes and Benefits** | | Gross | Amount | Y.T.D. Amount |
| MED | Medicare | 1671.20 | 24.23 | 99.01 |
| SOC | Social Security | 1671.20 | 103.61 | 423.35 |
| ASRS Emplr | ASRS Employer Portion | 1814.70 | 218.49 | 873.96 |
| Basic FT | Basic Life Full Time | 0.00 | 4.08 | 4.08 |
| City Paid Child | Plan A City Paid Child Subsidy | 0.00 | 234.00 | 234.00 |
| HDHP HSA City | HDHP HSA City Paid Benefit | 0.00 | 145.00 | 145.00 |
| HDHP MDV Empl | HDHP Med Dental Vision Employee | 0.00 | 577.00 | 577.00 |
| LTD Emplr | LTD Employer Portion | 1814.70 | 3.27 | 13.08 |

| Accrual Hours | Starting Balance | Hours Earned | Hours Taken | Adjustment | Ending Balance |
| --- | --- | --- | --- | --- | --- |
| GEN LEAVE-General Leave | 18.4200 | 6.1400 | 0.0000 | 0.0000 | 24.5600 |
| SICK LEAVE-Sick Leave | 40.0000 | 0.0000 | 0.0000 | 0.0000 | 40.0000 |

| Bank | Transaction Number | Deposit Amount | Y.T.D. Deposit Amount |
| --- | --- | --- | --- |
| Wells Fargo AZ | 321528 | 1312.38 | 5318.14 |

**Broadcast Message**



THIS IS NOT A CHECK

Melissa Socorro Stewart                04/09/2021                $1,312.38
10423 E 38th Place
Yuma, AZ 85365